IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSE CRUZ,**<br>    Petitioner,<br><br>v.<br><br>**JOHN WETZEL, DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA AND ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,**<br>    Respondents. | **CIVIL ACTION**<br><br><br><br>**NO.  14-2681** |

### O R D E R

**AND NOW**, this 6th day of November, 2015, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of *Habeas Corpus* is DISMISSED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

**/S/WENDY BEETLESTONE, J.**

_____
**WENDY BEETLESTONE, J.**